UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL ROSE EITHEL CHAIN,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>          Defendant. | No. CV-11-0062-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 18.) Attorney Maureen J. Rosette represents Plaintiff April Chain; Special Assistant United States Attorney Franco Becia represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 8.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 18)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) shall:

- conduct a new hearing, further develop the record, and issue a new decision;

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

- re-evaluate and further develop the medical evidence or record;
- re-evaluate step two and step three of the sequential evaluation process;
- re-evaluate Plaintiff's residual functional capacity (RFC);
- re-evaluate Plaintiff's credibility; and
- re-evaluate steps four and five of the sequential evaluation process with the assistance of a vocational expert, if necessary.

**IT IS FURTHER ORDERED:**

1. Judgment shall be entered for the **PLAINTIFF**.

2. Plaintiff's Motion for Summary Judgment (**ECF No. 13**) is stricken as moot.

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED February 21, 2012.


                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2