# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APRIL ROSE EITHEL CHAIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | NO. CV-11-62-CI<br><br>**JUDGMENT IN A CIVIL CASE** |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REVERSED and REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 21st day of February, 2012.

                        JAMES R. LARSEN
                        District Court Executive/Clerk


                        By:  s/Renea Ferrante
                                 Deputy Clerk

cc: all counsel